IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Linda Snider,<br><br>               Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>               Defendant. | Civil Action No. 6:14-2585-RMG<br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 27). Plaintiff seeks approval of an attorney's fee in the amount of $15,825.25, which represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 27-1 at 4). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b), but correctly notes that upon receipt of the fee award under § 406(b), Plaintiff's counsel is obligated to pay to his client the amount previously awarded by the Court under EAJA. (Dkt. No. 28).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $15,825.25. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $3,752.10 previously awarded under EAJA. (Dkt. No. 26).

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

February 15, 2017
Charleston, South Carolina